IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BOBBY M. KEMP
Plaintiff

6:22-cv-262-GAP-LHP

V.

PLACE ALLIANCE L.L.C. et seq.,
JHULY PINILLA
Defendants

_____/

## CIVIL TORT FOR PERSONAL INJURY

COMES NOW, the Plaintiff, pro se and in forma pauperis, and files this Civil Tort For Personal Injury and seeks the Defendants to pay to the Plaintiff ($25,000,000) Twenty Five Million Dollars in Compensatory Damages and ($10,000,000) Ten Million Dollars in Punitive Damages for Emotional Distress and Personal Injury of Psychological Damage caused by Marriage Fraud, violation of 8 USCS §1325(c) and Conspiracy to Commit Marriage Fraud, violation of 18 USCS § 371 in furtherance of the Defendants Racketeering Activities, violations of 18 USCS § 1961 and in support alleges the following.

The Defendants in this Cause are all agents of Place Alliance L.L.C. an Orange County Florida Corporation.

Identifiable Defendants
1.) Mark Newman
2.) Maricio Castro
3.) Jhuly Pinilla
4.) Paula ?
5.) IAN Long
6.) Andrew Bohme
7.) Josiah Simpson
8.) Sarah Lawler
9.) Michael Fredrick
10.) Kimberely Case
11.) Paul ?

Mark Newman, a man of British decent, is one of the principals of Place alliance's racketeering activities to include 18 USCS § 371 Conspiracy to Commit Fraud in foreign Labor Contracting and 18 USCS § 1351 Fraud in Foreign Labor Contracting, 18 USCS § 371 Conspiracy to Commit Fraud and misuse of visa and 18 USCS § 1546 Fraud and misuse of visa, 18 USCS § 371 Conspiracy to Commit Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor and 18 USCS § 1590 Trafficking with respect to peonage, slavery, involuntary servitude or forced labor, and 18 USCS § 371 Conspiracy to Commit marriage fraud.

Jhuly Pinilla is a principle of place Alliance's racketeering activities to include 18 USCS§371 Conspiracy to commit Fraud in Foreign labor contracting and 18 USCS§1351 Fraud in foreign labor contracting, 18 USCS§371 Conspiracy to commit fraud and misuse of Visa and 18 USCS§1546 Fraud and Misuse of Visa, 18 USCS§371 Conspiracy to commit Marriage fraud and 8 USCS§1325(c) Federal marriage fraud.

Paula, last name unknown, a Colombian female is a principle in Place Alliance's racketeering activities to include 18 USCS§371 Conspiracy to Commit Fraud in foreign labor contracting and 18 USCS§1351 Fraud in foreign labor Contracting, 18 USCS§371 Conspiracy to Commit Fraud and Misuse of Visa and 18 USCS§1546 Fraud and Misuse of Visa, 18USCS§371 Conspiracy to commit Trafficking with respect to Peonage, slavery or involuntary servitude and 18 USCS§1590 Trafficking in respect to Peonage, slavery, or involuntary servitude and 8 USCS§371 Conspiracy to commit marriage fraud.

Maricio Castro, a man of Colombian Decent, is a principle of Place Alliance's racketeering activities to include 18 USCS § 371 Conspiracy to Commit Fraud in foreign labor contracting and 18 USCS § 1351 Fraud in foreign labor contracting, 18 USCS § 371 conspiracy to commit Fraud and Misuse of Visa and 18 USCS § 1546 Fraud and Misuse of Visa, Conspiracy to Commit Trafficking with respect to Peonage, slavery, involuntary servitude violation of 18 USCS § 371 and Trafficking with respect to Peonage, slavery or involuntary servitude violation of 18 USCS 1590 and 18 USCS § 371 Conspiracy to commit marriage fraud.

Paul – last name unknown, a man of Colombian Decent is a principle of Place Alliances racketeering activities to include 18 USCS § 371 Conspiracy to commit Fraud in foreign labor contracting, 18 USCS § 371 Conspiracy to Commit Fraud and Misuse of Visa, and 18 USCS § 371 Conspiracy to commit marriage fraud.

Sarah Lawler is one of the principles in Place Alliance's Racketeering Activities to include 18 USCS 371 Conspiracy to commit Fraud in foreign labor Contracting and 18 USCS § 1351 Fraud in foreign labor Contracting, 18 USCS § 371 Conspiracy to Commit fraud and misuse of Visa and 18 USCS § 1546 Fraud and misuse of Visa.

It is unknown to the plaintiff the extent of Other Defendants involvement in conspiracies against the Government.

In support of Current list of Allegations the Plaintiff States the following.

In 2015, Maricio Castro made plans with Mark Newman and Paul to travel to Colombia to visit a College of repute to Coerce and entice College graduates of industrial design to visit the united states under the guise of tourist visa's for the purpose of employment for the Company Place Alliance L.L.C.

IN 2015 Place Alliance L.L.C. rented an apartment in the 55 west and Maricio Castro traveled to Colombia and coerced Paula and Jholy Pinilla to travel to the United States and stay in the rented appartment and employ their skills of industrial design for the purposes of the Architectual Firms projects.

The Two Colombian females entered the United States using tourist visas and Paula converted to an educational visa and would work for the Company at the apartment after hours due to the need for school Attendance during the day.

Paul a Colombian national with U.S. Citizenship status would work directly with the two females and as a consistant practice both females would work after hours from the apartment. Both Mark and Maricio worked with the two females and would take them to lunches. The two females were compensated only $1000/month each, untaxed and undocumented.

The plaintiff met the two females in June of 2015 and began dating Jhuly Pinilla in July of 2015. In January 2016, Jhuly Pinilla revealed to the Plaintiff her visa was expiring and she was going to be forced by law to remain outside the United States for a period of time before being able to return. Not wishing to be seperated from Jhuly Pinilla the plaintiff asked what he could do to allow her to stay. Jhuly Pinilla advised that they could be married and the Plaintiff agreed to marry her in the Orange County Court house.

Jhuly Pinilla made the Plaintiff agree to wait five years before they had children and did not wish to take the plaintiff's last name as she was from a Latin Culture and this was not the Custom of her Country. The Marriage, at the suggestion of Jhuly Pinilla was to be kept secret from their respective friends so as not to seem rash for being married after only six months of dating. Jhuly moved into the Plaintiff's rented upstairs portion of the home of one of his friends Renee Ramirez.

Jhuly Pinilla chose not to consumate the marriage by using Birth Control contraceptive on a daily basis to enforce upon the Plaintiff the five year waiting period before children would be conceived.

In February the Defendant, Jhuly Pinilla, enlisted the plaintiff in understanding and completing the paperwork and filing process of obtaining a greencard. It was March 2016 that the Plaintiff learned that the Company's agents Maricio Castro, Mark Newman, Paula, Jhuly Pinilla and Sarah Lawler had violated Federal laws by employing, trafficking, harboring, and contracting foreign Laborers. There were other girls whos names are unknown to the Plaintiff that worked for the Company while unauthorized to do so. Paula and Jhuly were not work Authorized.

The Plaintiff asked Jhuly Pinilla to find work at another company to which she refused. The Plaintiff began to suffer from mental distress and grief at the understanding that he had been used by the Defendants.

The Plaintiff subsequently went to psychiatric counseling to attempt to understand the insanity that he was experiencing and was diagnosed as a sociopath and with P.T.S.D. by a proffessional psychologist.

In September of 2017, Jhuly Pinilla moved to her own apartment in Metro West of Ocoee. After a month of requests Jhuly allowed the Plaintiff to move into the apartment only if he agreed to stay in the seperate bedroom, pay half of the rent, and furnish the apartment.

After the 2017 holiday season passed in February of 2018 Jhuly Pinilla changed the locks after becoming violent at the Plaintiffs desires for her, Breaking fornitore, ponching the Plaintiff in the face, and taking off all her cloths and screaming at the plaintiff to rape her.

After these events the Plaintiff had to contact authorities and a moving company and move his fornitore to his own apartment. The Plaintiff soffered greatly at his Job and began to have a hard time making rent payments and car payments. The Plaintiff could not afford to pay for the filing of the divorce and the Defendant Jhuly Pinilla refused to file until she had secured citizenship by being married for five years.

In November 2020 the Plaintiff delivered the divorce packet forms to the New Celebration, Florida location of Place Alliance LLC. again Jholy refused to file until she had secured five years of marriage and now in October of 2021 has filed for dissolution of marriage in the Orange County Courts.

In 2011, the Plaintiff had extensive psychiatric evaluations and was not found to be sociopathic nor to suffer from PTSD. The Trauma of The Marriage of Fraud and Place Alliance's Racketeering activities damaged the Petitioner.

WHEREFORE, the Plaintiff prays this Honorable Court by its Order Move the Defendants to pay to the Plaintiff damages both Compensatory and Punitive of no less than ($35,000,000) Thirty five million dollars.

Date 02/03/2022

STATE OF FLORIDA

COUNTY OF Okeechobee

GARY CASHWELL
NOTARY PUBLIC
STATE OF FLORIDA
NO. HH198502
MY COMMISSION EXPIRES NOV. 15, 2025

The foregoing instrument was acknowledged before me this __2/3/22__ (date), by __Bobby Kemp__ (name), who is personally known to me or who has produced __Booking Photo__ (type of identification) as identification.

_____
Notary Public

My Commission Expires: __11/15/2025__

Printed Name: Gary Cashwell

Commission #: HH198502